# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NOVARRA MCCALL, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | No. 15-5742 |
| AKER PHILADELPHIA SHIPYARD, INC., | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 5th day of February, 2016, upon consideration of the Motion by Defendant, Aker Philadelphia Shipyard, Inc., to Dismiss Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) (Doc. No. 2), the Response in Opposition by Plaintiff, Novarra McCall, and Defendant's Reply thereto, it is hereby **ORDERED** that the Motion is **GRANTED.** Plaintiff's Complaint is **DIMISSED WITHOUT PREJUDICE**. Plaintiff is granted fourteen (14) days from the date of this Order to file an Amended Complaint solely for the purposes of amending the claims which he believes can be cured by way of amendment.

**IT IS FURTHER ORDERED** that Plaintiff's religious and/or national origin discrimination/harassment claims are **DISMISSED WITH PREJUDICE**.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE